# United States District Court
## Violation Notice

CVB Location Code: MD81

Violation Number: FM02L0J5
Officer Name (Print): JOHN HORNSBY
Officer No.: 4023

FM02L0J5

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/17/2017 10:09 AM
Offense Charged ☐ CFR ☐ USC ☐ State Code: 18 USC 13 MTA21.801.1 ()

Place of Offense: ROCKENBACH RD ADJ 29TH DIV RD

Offense Description: Factual Basis for Charge   HAZMAT ☐
DRIVING VEH ON HWY AT SPEED EXCEEDING LIMIT BY 10 TO 19 MPH

Actual/Measured Speed: 43 mph     Posted Speed: 25 mph

### DEFENDANT INFORMATION

Last Name: COURTNEY
First Name: JOHN
M.I: P

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT
SEE INSTRUCTIONS (on back of yellow copy)

$90.00 Forfeiture Amount
+30 Processing Fee

PAY THIS AMOUNT →   $120.00   Total Collateral Due

### YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address: TBA
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the local collateral due.

X Defendant Signature

(Re.01/2011)     Return to CVB With Payment

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on NOVEMBER 17, 2017 while exercising my duties as a law enforcement officer in the FORT MEADE District of MARYLAND

AT THE LISTED TIME AND DATE, WHILE CONDUCTING MOVING RADAR, I OBSERVED THE AFOREMENTIONED VEHICLE TRAVELING AT THE ABOVE LOCATION AT A HIGH RATE OF SPEED. MY VISUAL OBSERVATION WAS CONFIRMED BY RADAR SERIAL #G2S-32946 WITH AN AUDIO/DIGITAL DISPLAY OF 43MPH IN A CLEARLY POSTED 25MPH ZONE. I ACTIVATED MY EMERGENCY EQUIPMENT AND CONDUCTED A TRAFFIC STOP ON SAID VEHICLE. THE DRIVER WAS IDENTIFIED BY THEIR DRIVER'S LICENSE.

The foregoing statement is based on:

■ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed On: 11/17/2017      *John Murphy* (signature)
             Date(mm/dd/yyyy)         Officers Signature

Probable cause has been stated for the issuance of a warrant.

Executed On: _____
             Date(mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT =** Hazardous material involved in incident;   **PASS=** 9 or more passenger vehicle;
**CDL=** Commercial drivers license;   **CMV** Commercial vehicle involved in incident